IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 12-0429

**FILED**

JAN 10 2013

*Ed Smith*
CLERK OF THE SUPREME COURT
STATE OF MONTANA

METRO AVIATION, INC., et al.,

    Plaintiffs,

v.

ORDER

UNITED STATES OF AMERICA,

    Defendant.

---

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Wednesday, February 20, 2013, at 10:00 a.m. in the Courtroom of the Montana Supreme Court, Justice Building, Helena, Montana.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be 30 minutes for the Appellant and 25 minutes for the Appellee.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Lena Campbell, District Judge.

DATED January 9, 2013.

For the Court,

By_____
Chief Justice